UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-02354-JAK (JDEx) | Date | March 19, 2026 |
| Title | Haptix Solutions LLC v. MSI Corp., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 24)**

The Court has reviewed the parties' March 13, 2026 Joint Report and sets the following deadlines:

| | |
|---|---|
| April 13, 2026 | Infringement Contentions |
| April 20, 2026 | Invalidity Contentions |
| May 4, 2026 | Exchange of claim terms |
| May 18, 2026 | Exchange of proposed constructions and evidence |
| May 29, 2026 | Last day to amend pleadings or add parties |
| June 15, 2026 | Complete claim construction discovery |
| June 22, 2026 | Joint Markman prehearing statement |
| June 29, 2026 | Simultaneous opening Markman briefs |
| July 13, 2026 | Simultaneous responding Markman briefs, tutorials, and presentation materials |
| July 20, 2026, at 8:30 a.m. | Markman hearing |
| September 28, 2026 | Patentee files final infringement contentions, expert reports on issues where patentee has the burden of proof, and all parties file advice of counsel disclosures |
| October 26, 2026 | Accused infringer files final invalidity contentions, rebuttal expert reports, and opening expert reports |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-02354-JAK (JDEx) | Date | March 19, 2026 |
| Title | Haptix Solutions LLC v. MSI Corp., et al. | | |

| | |
|---|---|
| | where accused infringer has the burden of proof. |
| November 4, 2026 | Last day to participate in a settlement conference/mediation |
| November 6, 2026 | Last day to file notice of settlement / joint report re settlement |
| November 16, 2026 at 11:30 a.m. | Post Mediation Status Conference |
| November 23, 2026 | Patentee files rebuttal expert reports on issues where accused infringer has burden of proof. |
| December 21, 2026 | Discovery Cut-Off |
| January 18, 2027 | Last day to file all motions |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Early. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. They are also ordered to comply with all orders issued by Judge Early with respect to the settlement conference process. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on November 16, 2026, if such notice is filed on or before November 6, 2026. If a notice of settlement is not filed, counsel shall file a joint report by November 6, 2026, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

cc: Magistrate Judge Early

________ : ________

Initials of Preparer LC2