David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Jeffrey D. Wexler (SBN 132256)
jeffrey.wexler@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone: (213) 488-7100

Attorneys for Defendants
*MSI Computer Corp., and Micro-Star International Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAPTIX SOLUTIONS LLC,

Plaintiff,

v.

MSI COMPUTER CORP. and MICRO-STAR INTERNATIONAL CO., LTD.,

Defendants.

Case No. 8:25-cv-02354-JAK-JDE
Hon. John A. Kronstadt

**STIPULATION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS; [PROPOSED] ORDER**

Complaint Filed: October 17, 2025

The parties hereto, through their respective counsel, stipulate to the following extensions of time for Plaintiff Haptix Solutions LLC ("Plaintiff") to serve its Infringement Contentions and Defendants MSI Computer Corp. and Micro-Star International Co., Ltd. (collectively, "Defendants") to serve their Invalidity Contentions:

WHEREAS, on March 19, 2026, this Court entered an Order Setting Pretrial Deadlines [Dkt. 26], which set April 13, 2026 as the deadline for serving Plaintiff's Infringement Contentions and April 20, 2026 as the deadline for serving Defendants' Invalidity Contentions; and

WHEREAS, the parties are engaged in ongoing settlement discussions, and believe that a brief extension of the relevant deadlines will facilitate those discussions; and

WHEREAS, the parties have agreed to a one-week extension of time for Plaintiff to serve its Infringement Contentions and a two-week extension of time for Defendants to serve their Invalidity Contentions.

The parties hereby stipulate to a one-week extension of time, from April 13, 2026 to April 20, 2026, for Plaintiff to serve its Infringement Contentions and a two-week extension of time, from April 20, 2026 to May 4, 2026, for Defendants to serve their Invalidity Contentions. No other deadlines in the Court's Scheduling Order are affected by this stipulated extension of time.

**IT IS SO STIPULATED.**

Dated: April 10, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: *<u>/s/ David J. Tsai</u>*
David J. Tsai

*Attorneys for Defendants*
*MSI Computer Corp. and Micro-Star International Co., Ltd.*

Dated: April 10, 2026

**ONE LLP**

By: */s/ Nathaniel L. Dilger*
Nathaniel L. Dilger
Peter R. Afrasiabi
Joseph K. Liu
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2780
Facsimile: (949) 258-5081

*Attorneys for Plaintiff*
*Haptix Solutions LLC*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, David J. Tsai, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ David J. Tsai*
David J. Tsai