**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAPTIX SOLUTIONS LLC,

Plaintiff,

v.

MSI COMPUTER CORP. et al.,

Defendants.

No. 8:25-cv-02354-JAK (JDE)

**ORDER RE STIPULATION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS (DKT. 27)**

Based on a review of the Stipulation for Extension of Time to Serve Infringement and Invalidity Contentions ("Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Stipulation is **APPROVED**, as follows:

1. Plaintiff Haptix Solutions LLC shall have a one-week extension of time, from April 13, 2026 to April 20, 2026, to serve its Infringement Contentions, and
2. Defendants MSI Computer Corp. and Micro-Star International Co., Ltd. shall have a two-week extension of time, from April 20, 2026 to May 4, 2026, to serve their Invalidity Contentions.

If through their ongoing discussions the parties reach a settlement, within seven days thereafter they shall file a corresponding joint report that includes a proposed date by which a request for dismissal will be filed. This Order is without prejudice to a request for a brief further extension of time for the filing of Infrigement Contentions and Invalidity Contentions if that would facilitate the the completion of the settlement process.

**IT IS SO ORDERED.**

Dated: April 15, 2026

John A. Kronstadt
United States District Judge