Nathaniel L. Dilger (SBN 196203)
ndilger@onellp.com
Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Joseph K. Liu (SBN 216227)
jliu@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2780
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
*Haptix Solutions LLC*

David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Jeffrey D. Wexler (SBN 132256)
jeffrey.wexler@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone: (213) 488-7100

*Attorneys for Defendants*
*MSI Computer Corp., and*
*Micro-Star International Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAPTIX SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MSI COMPUTER CORP., and MICRO-STAR INTERNATIONAL CO., LTD.,<br><br>Defendants. | Case No. 8:25-cv-02354-JAK-JDE<br>Hon. John A. Kronstadt<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES**<br><br>Action Filed: October 17, 2025 |

Plaintiff Haptix Solutions LLC and Defendants MSI Computer Corp. and Micro-Star International Co., Ltd. (collectively, the "Parties") respectfully request that the Court continue the Parties' deadline to exchange proposed constructions and evidence, and the last day to amend pleadings or add parties, as set by the Court in its March 19, 2026 Order Setting Pretrial Deadlines:

WHEREAS, Plaintiff Haptix Solutions filed its complaint on October 17, 2025 (Dkt. 1);

WHEREAS, Defendants filed their Answer on January 20, 2026 (Dkt. 21);

WHEREAS, the Court issued its scheduling order on March 9, 2026 (Dkt. 26) and set the deadline for the Parties to exchange proposed constructions and evidence on May 18, 2026;

WHEREAS, the last day to amend pleadings or add parties is May 29, 2026;

WHEREAS, the Parties are engaged in ongoing settlement discussions and believe that a brief continuance of the deadline to exchange proposed constructions and evidence, and the last day to amend pleadings or add parties will facilitate those discussions;

WHEREAS, the Parties submit that the foregoing reasons constitute "good cause" pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) to modify the scheduling order as requested herein;

Based on the foregoing, the Parties stipulate and for an order continuing the Parties' deadline to exchange proposed constructions and evidence to May 28, 2026, and the last day to amend pleadings or add parties to June 12, 2026.

///

///

Dated: May 20, 2026

**ONE LLP**

By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi
Nathaniel L. Dilger
Joseph K. Liu

*Attorneys for Plaintiff,*
*Haptix Solutions LLC*

Dated: May 20, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David J. Tsai*
David J. Tsai

*Attorneys for Defendants,*
*MSI Computer Corp. and Micro-Star International Co., Ltd.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Peter R. Afrasiabi, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ *Peter R. Afrasiabi*
Peter R. Afrasiabi