**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAPTIX SOLUTIONS LLC,<br>Plaintiff,<br>v.<br>MSI COMPUTER CORP. et al.,<br>Defendants. | No. 8:25-cv-02354-JAK (JDE)<br>**ORDER RE JOINT STIPULATION TO CONTINUE DEADLINES (DKT. 29)** |

Based on a review of the Joint Stipulation to Continue Deadlines ("Stipulation" (Dkt. 29)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Stipulation is **APPROVED**, as follows:

1. The deadline to exchange proposed constructions and evidence is continued from May 18, 2026, to May 28, 2026, and
2. The last day to amend pleadings or add parties is continued from May 29, 2026, to June 12, 2026.

If through their ongoing discussions the parties reach a settlement, within seven days thereafter they shall file a corresponding joint report that includes a proposed date by which a request for dismissal will be filed. This Order is without prejudice to a request for a brief further extension of the deadlines above if that would facilitate the completion of the settlement process.

**IT IS SO ORDERED.**

Dated: May 21, 2026

John A. Kronstadt
United States District Judge