**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAPTIX SOLUTIONS LLC,<br>Plaintiff,<br>v.<br>MSI COMPUTER CORP. et al.,<br>Defendants. | No. 8:25-cv-02354-JAK (JDEx)<br>**ORDER RE JOINT STIPULATION TO CONTINUE DEADLINES FOR: (A) SUBMITTING SIMULTANEOUS OPENING MARKMAN BRIEFS, AND (B) SUBMITTING OPPOSITION AND REPLY BRIEFING ON DEFENDANTS' MOTION TO AMEND AND HEARING THEREON (DKT. 33)** |

Based on a review of the Joint Stipulation to Continue Deadlines for: (A) Submitting Simultaneous Opening Markman Briefs, and (B) Submitting Opposition and Reply Briefing on Defendants' Motion to Amend and Hearing Thereon ("Stipulation" (Dkt. 33)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Stipulation is **APPROVED IN PART**, as follows:

1. Plaintiff shall file any opposition to Defendants' Motion for Leave to Amend Answer ("Motion" (Dkt. 31)) on or before July 2, 2026;
2. Defendants shall file any reply in support of the Motion on or before July 17, 2026;
3. The parties shall submit simultaneous opening Markman briefs on or before July 6, 2026;
4. The parties shall submit simultaneous responding Markman briefs, tutorials and presentation materials on or before the current due date of July 13, 2026;
5. The hearing on Defendants' Motion for Leave to Amend is continued to August 17, 2026, at 8:30 a.m., with the precise time to be set when the calendar for that date is issued; and
6. The Court, on its own motion, also continues the Markman hearing to August 17, 2026, at 8:30 a.m., with the precise time to be set when the calendar for that date is issued.

**IT IS SO ORDERED.**

Dated: June 25, 2026

John A. Kronstadt
United States District Judge